**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Raymond Group, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1191909** | |
| 4. | **Debtor's address** | **Principal place of business**<br>**520 Newport Center Drive, Suite 480**<br>**Newport Beach, CA 92660**<br>Number, Street, City, State & ZIP Code<br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>**104-172 North Raymond Avenue Fullerton, CA 92831**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Raymond Group, LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____

Contact name ____

Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Raymond Group, LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 18, 2026**
MM / DD / YYYY

**X**
Signature of authorized representative of debtor

**Ioannis Xilikakis**
Printed name

Title **Manager**

**18. Signature of attorney**

**X**
Signature of attorney for debtor

Date **March 18, 2026**
MM / DD / YYYY

**Kyra E. Andrassy**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**4675 MacArthur Court**
**Suite 1550**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone **(310) 440-4100** Email address **kandrassy@raineslaw.com**

**207959 CA**
Bar number and State

**ACTION BY WRITTEN CONSENT OF
RAYMOND GROUP, LLC**

March 17, 2026

The undersigned manager (the "**Manager**") of Raymond Group, LLC, a California limited liability company (the "**Company**"), hereby approves and adopts, in accordance with the laws of the State of California and the governing agreements of the Company, the following resolutions:

**WHEREAS**, the Manager has reviewed and considered historical performance and results of the Company, its current and future liquidity needs, its business prospects, and its current and long-term liabilities;

**WHEREAS**, the Company has determined to pursue relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"); and

**WHEREAS**, the Manager has determined that it is advisable and in the best interests of the Company to pursue relief under the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

**1. Commencement of Chapter 11 Case**

**RESOLVED**, that the Company file, or cause to be filed, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it is further

**2. Retention of Professionals**

**RESOLVED**, that the Company shall retain Raines Feldman Littrell LLP as its general bankruptcy counsel to represent and assist the Company in carrying out its duties and responsibilities under the Bankruptcy Code and applicable law, and to take any and all actions to advance the Company's rights and interests (including, without limitation, the law firms filing any pleadings and responses, and making any filings with regulatory agencies or other governmental authorities).

**IN WITNESS WHEREOF**, the undersigned has executed this Action by Written Consent as of the date first written above.

**RAYMOND GROUP, LLC**

DocuSigned by:
Ioannis Xilikakis
By: C595744E7F2D490...
Ioannis Xilikakis, Manager

**Fill in this information to identify the case:**

Debtor name **Raymond Group, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **20 Largest Unsecured Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 18, 2026**

X

Signature of individual signing on behalf of debtor

**Ioannis Xilikakis**

Printed name

**Manager**

Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Raymond Group, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vierergruppe Management Inc. 1932 East Deere Avenue Suite 150 Santa Ana, CA 92705** | **jennifer@vgruppemanagement.com (714) 442-0625** | | | | | **$68,365.22** |
| **Joses Nuevo Landscaping LLC 3857 Birch Street Suite 209 Newport Beach, CA 92660** | | | | | | **$16,250.00** |
| **City of Fullerton Payment Processing Center Post Office Box 7190 Pasadena, CA 91109-7190** | | | | | | **$6,451.87** |
| **Republic Services PO BOX 60586 City Of Industry, CA 91716-0586** | **(877) 692-9729** | | | | | **$4,595.83** |
| **General Agents Acceptance Corp PO BOX 1177 Lake Forest, CA 92609** | **(949) 716-8379** | | | | | **$4,474.76** |
| **Joel Cabrera 631 North Bedford Street Apt#1 La Habra, CA 90631** | **cabrera197141@gmail.com (562) 464-8338** | | | | | **$3,500.00** |
| **Splash Plumbing 1500 S Lewis St Anaheim, CA 92805** | | | | | | **$2,803.50** |

Debtor **Raymond Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Isidro Gonzalez<br>8079 Chapman Ave #11<br>Stanton, CA 90680** | | | | | | **$2,032.59** |
| **Southern California Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001** | **(800) 655-4555** | | | | | **$1,411.63** |
| **Brian Jesus Avalos Alvarez<br>8079 Chapman Ave #11<br>Stanton, CA 92680** | | | | | | **$1,000.00** |
| **Fullerton Fire Department<br>Fire Prevention Division<br>312 East Commonwealth Ave<br>Fullerton, CA 92832** | **fireprevention@fullertonfire.org** | | | | | **$922.62** |
| **Sain Builders<br>147 Hart Bench Rd<br>Darby, MT 89829** | | | | | | **$675.00** |
| **Madrid Landscape and Backflow<br>11830 Azalea Avenue<br>Fountain Valley, CA 92708** | **vmadrid@att.net<br>(714) 329-0713** | | | | | **$470.00** |
| **Revenue Enhancement Group, Inc.<br>1045 West Katella Avenue<br>Suite 210<br>Orange, CA 92867** | **knoe@revenh.com<br>(714) 543-4460** | | | | | **$348.54** |
| **OC Keys<br>13681 Newport Ave<br>Ste 8 # 425<br>Tustin, CA 92780** | | | | | | **$228.43** |
| **Maritza Heredia<br>215 5th Street<br>Ste A<br>Huntington Beach, CA 92648** | **marihere@hotmail.com<br>(714) 412-8645** | | | | | **$32.59** |

Debtor **Raymond Group, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **James Shayler<br>c/o Joseph R Manning<br>Manning Law, APC<br>26100 Towne Centre Dr<br>Foothill Ranch, CA 92610** | | **Litigation** | **Disputed** | | | **$0.00** |
| **Mae Gibson<br>c/o Heidi Lopez<br>Sasooness Law Group<br>21550 Oxnard St, Suite 990<br>Woodland Hills, CA 91367** | | | **Disputed** | | | **$0.00** |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>**Kyra E. Andrassy**<br>**4675 MacArthur Court**<br>**Suite 1550**<br>**Newport Beach, CA 92660**<br>**(310) 440-4100**<br>California State Bar Number: **207959 CA**<br>**kandrassy@raineslaw.com**<br><br>☑ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>**Raymond Group, LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Ioannis Xilikakis, Manager** , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**March 18, 2026**
Date

By: [signature]
Signature of Debtor, or attorney for Debtor

Name: **Ioannis Xilikakis, Manager**
Printed name of Debtor, or attorney for Debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Kyra E. Andrassy**<br>**4675 MacArthur Court**<br>**Suite 1550**<br>**Newport Beach, CA 92660**<br>**(310) 440-4100**<br>California State Bar Number: **207959 CA**<br>**kandrassy@raineslaw.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| **Raymond Group, LLC**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11** |
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 7 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 18, 2026** ______________________________
Signature of Debtor 1

Date: ______________________________ ______________________________
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 18, 2026** ______________________________
Signature of Attorney for Debtor (if applicable)

Raymond Group, LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701

AT&T/Crown Castle Holdings LLC
104-172 North Raymond Ave
Unit 104 E
Fullerton, CA 92831

AutoZone #2898-01-02
104-172 North Raymond Ave
Unit 146
Fullerton, CA 92831

Bank of America, N.A.
Private Bank
701 B Street
16th Floor
San Diego, CA 92101

Bank of America, N.A.
NC1-001-05-13
One Independance Center
101 North Tryon Street
Charlotte, NC 28255

Brian Jesus Avalos Alvarez
8079 Chapman Ave
#11
Stanton, CA 92680

City of Fullerton
Payment Processing Center
Post Office Box 7190
Pasadena, CA 91109-7190

Davita #11829 Total Renal Care, Inc
Attn Rent Dept
P. O. Box 3046
Federal Way, WA 98003

Deba Shyam
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660

Dowlaty Dental Corporation
ChildSmiles OC
166 & 170 North Raymond Ave
Unit 166 & 170
Fullerton, CA 92831

Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531

Fullerton Fire Department
Fire Prevention Division
312 East Commonwealth Ave
Fullerton, CA 92832

General Agents Acceptance Corp
PO BOX 1177
Lake Forest, CA 92609

Gerald Marcil
43 Malaga Cove Plaza
Suite D
Palos Verdes Peninsula, CA 90274

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657

Goodwill Industries of Orange Count
Attn Chief Operating Officer
410 North Fairview Street
Santa Ana, CA 92703

Grocery Outlet Inc., #350
104-172 North Raymound Ave
Unit 120
Fullerton, CA 92831

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ioannis Xilikakis
23572 Duryea Drive
Lake Forest, CA 92630

Isidro Gonzalez
8079 Chapman Ave
#11
Stanton, CA 90680

James Shayler
c/o Joseph R Manning
Manning Law, APC
26100 Towne Centre Dr
Foothill Ranch, CA 92610

Joel Cabrera
631 North Bedford Street
Apt#1
La Habra, CA 90631

Joses Nuevo Landscaping LLC
3857 Birch Street
Suite 209
Newport Beach, CA 92660

Legacy Dance Studio
174 N Raymond Ave
Unit 174
Fullerton, CA 92831

Linda Marcil
426 N Prospect Ave
Redondo Beach, CA 90277

Madrid Landscape and Backflow
11830 Azalea Avenue
Fountain Valley, CA 92708

Mae Gibson
c/o Heidi Lopez
Sasooness Law Group
21550 Oxnard St, Suite 990
Woodland Hills, CA 91367

Maritza Heredia
215 5th Street
Ste A
Huntington Beach, CA 92648

Michael Kaplan Retirement Plan
PO Box 277
Palos Verdes Peninsula, CA 90274

Nano Banc
7755 Irvine Center Dr
3rd Floor
Irvine, CA 92618

Nano Banc
David Root | Bryan Cave Leighton
1920 Main Street
Suite 1000
Irvine, CA 92614

OC Keys
13681 Newport Ave
Ste 8 # 425
Tustin, CA 92780

Orange County Tax Collector
601 N Ross Street
Santa Ana, CA 92701

Pasquale J Theodora Irrevocable
Trust
PO Box 1146
Palos Verdes Peninsula, CA 90274

Planet Fitness
320 Yonkers Ave
Yonkers, NY 10701

Polly's Pies Inc.
1150 E Orangethrope Ave
Suite 101
Placentia, CA 92870

Republic Services
PO BOX 60586
City Of Industry, CA 91716-0586

Revenue Enhancement Group, Inc.
1045 West Katella Avenue
Suite 210
Orange, CA 92867

Richard Judge
30582 Steeplechase Dr
San Juan Capistrano, CA 92675

Sain Builders
147 Hart Bench Rd
Darby, MT 89829

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Splash Plumbing
1500 S Lewis St
Anaheim, CA 92805

State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

The Stupin Family Trust
215 5th Street
Suite A
Huntington Beach, CA 92648

U.S. Dept. of Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220

Vegas Gold Guys
162 North Raymond Ave
Fullerton, CA 92831

Viererergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705