| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, SBN 207959<br>kandrassy@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Tel.: (310) 440-4100<br>Fax: (310) 691-1943<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Raymond Group, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Raymond Group, LLC,<br><br>Debtor(s). | CASE NO.: 8:26-bk-10834-SC<br><br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☐ **No hearing: LBR 9013-1(q)**<br>☒* **Hearing information**<br>DATE: May 6, 2026<br>TIME: 1:30 p.m.<br>COURTROOM: 5C<br>ADDRESS: 411 W. Fourth St.<br>Santa Ana, California 92701 |

1. Bar Date. The court has set a deadline of *(date)* July 13, , 2026 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

(b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* March 18, 2026, and therefore calculates that this deadline is *(date)* September 14, 2026*). See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you must timely filed a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: May 13, 2026

By: /s/ Kyra E. Andrassy
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Kyra E. Andrassy
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **May 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **May 13, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **May 13, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 13, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Michaela C Crocker** michaela.crocker@katten.com, courtalertlax@katten.com
- **Dora Duru** dora.duru@bclplaw.com
- **William B Freeman** bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Golsa Honarfar** ghonarfar@rutan.com, avaccaro@rutan.com;apineda@rutan.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Arlen Moradi** arlen.moradi@katten.com, courtalertlax@katten.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Martin W Taylor** marty.taylor@bclplaw.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

AT&T/Crown Castle Holdings LLC
104 North Raymond Ave
Unit E
Fullerton, CA 92831

AutoZone #2898-01-02
104-172 North Raymond Ave
Unit 146
Fullerton, CA 92831

Davita #11829
Total Renal Care, Inc.
Attn: Rent Dept
P.O. Box 3046
Federal Way, WA 98003

Dowlaty Dental Corporation
ChildSmiles OC
166 & 170 North Raymond Ave
Fullerton, CA 92831

Goodwill Industries of Orange County
Attn: Chief Operating Officer
410 North Fairview Street
Santa Ana, CA 92703

Grocery Outlet Inc., #350
104-172 North Raymond Ave.
Unit 120
Fullerton, CA 92831

Legacy Dance Studio
174 N. Raymond Ave
Unit 174
Fullerton, CA 92831

Planet Fitness
320 Yonkers Ave
Yonkers, NY 10701

Polly's Pies Inc.
1150 E Orangethorpe Ave
Suite 101
Placentia, CA 92870

Vegas Gold Guys
104-172 North Raymond Ave
Unit 146
Fullerton, CA 92831

Label Matrix for local noticing
0973-8
Case 8:26-bk-10834-SC
Central District of California
Santa Ana
Wed May 13 09:39:26 PDT 2026

Raymond Group, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

AT&T/Crown Castle Holdings LLC
104-172 North Raymond Ave
Unit 104 E
Fullerton, CA 92831

AutoZone #2898-01-02
104-172 North Raymond Ave
Unit 146
Fullerton, CA 92831

Bank of America, N.A.
NC1-001-05-13
One Independance Center
101 North Tryon Street
Charlotte, NC 28255-0001

Bank of America, N.A.
Private Bank
701 B Street
16th Floor
San Diego, CA 92101-8101

Brian Jesus Avalos Alvarez
8079 Chapman Ave
#11
Stanton, CA 90680-3774

City of Fullerton
Payment Processing Center
Post Office Box 7190
Pasadena, CA 91109-7190

County of Orange Treasurer-Tax Collector
PO Box 4515
Santa Ana CA 92702-4515

Davita #11829 Total Renal Care, Inc
Attn Rent Dept
P. O. Box 3046
Federal Way, WA 98063-3046

Deba Shyam
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Dowlaty Dental Corporation
ChildSmiles OC
166 & 170 North Raymond Ave
Unit 166 & 170
Fullerton, CA 92831

Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531

Fullerton Fire Department
Fire Prevention Division
312 East Commonwealth Ave
Fullerton, CA 92832-2017

General Agents Acceptance Corp
PO BOX 1177
Lake Forest, CA 92609-1177

Gerald Marcil
43 Malaga Cove Plaza
Suite D
Palos Verdes Peninsula, CA 90274-1346

Gibson Family Trust
12 Whalers Bluff
Newport Coast, CA 92657-2136

Goodwill Industries of Orange Count
Attn Chief Operating Officer
410 North Fairview Street
Santa Ana, CA 92703-3412

Grocery Outlet Inc., #350
104-172 North Raymound Ave
Unit 120
Fullerton, CA 92831

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ioannis Xilikakis
23572 Duryea Drive
Lake Forest, CA 92630-3746

Isidro Gonzalez
8079 Chapman Ave
#11
Stanton, CA 90680-3774

James Shayler
c/o Joseph R Manning
Manning Law, APC
26100 Towne Centre Dr
Foothill Ranch, CA 92610-3442

Joel Cabrera
631 North Bedford Street
Apt#1
La Habra, CA 90631-4051

Joses Nuevo Landscaping LLC
3857 Birch Street
Suite 209
Newport Beach, CA 92660-2616

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660-2042

Legacy Dance Studio
174 N Raymond Ave
Unit 174
Fullerton, CA 92831-4610

Linda Marcil
426 N Prospect Ave
Redondo Beach, CA 90277-3024

Madrid Landscape and Backflow
11830 Azalea Avenue
Fountain Valley, CA 92708-1859

Mae Gibson
c/o Heidi Lopez
Sasooness Law Group
21550 Oxnard St, Suite 990
Woodland Hills, CA 91367-7124

Maritza Heredia
215 5th Street
Ste A
Huntington Beach, CA 92648-8101

Michael Kaplan Retirement Plan
PO Box 277
Palos Verdes Peninsula, CA 90274-0277

Nano Banc
7755 Irvine Center Dr
3rd Floor
Irvine, CA 92618-2904

Nano Banc
David Root
Bryan Cave Leighton
1920 Main Street
Suite 1000
Irvine, CA 92614-7276

OC Keys
13681 Newport Ave
Ste 8 # 425
Tustin, CA 92780-7815

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

Pasquale J Theodora Irrevocable
Trust
PO Box 1146
Palos Verdes Peninsula, CA 90274-7946

Planet Fitness
320 Yonkers Ave
Yonkers, NY 10701-6411

Polly's Pies Inc.
1150 E Orangethrope Ave
Suite 101
Placentia, CA 92870-5203

Republic Services
PO BOX 60586
City Of Industry, CA 91716-0586

Revenue Enhancement Group, Inc.
1045 West Katella Avenue
Suite 210
Orange, CA 92867-3568

Richard Judge
30582 Steeplechase Dr
San Juan Capistrano, CA 92675-1920

Sain Builders
147 Hart Bench Rd
Darby, MT 59829-9619

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Splash Plumbing
1500 S Lewis St
Anaheim, CA 92805-6423

State Board of Equalization
Special Operations Bankruptcy Team
MIC 74
P.O. Box 942879
Sacramento, CA 94279-0074

The Stupin Family Trust
215 5th Street
Suite A
Huntington Beach, CA 92648-8101

U.S. Dept. of Treasury
1500 Pennsylvania Ave, NW
Washington, DC 20220-0002

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Vegas Gold Guys
162 North Raymond Ave
Fullerton, CA 92831-4610

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

Robert S Marticello
Raines Feldman Littrell LLP
4675 MacArthur Ct
Suite 1550
Newport Beach, CA 92660-2042

Stephen M. Mott
Raines Feldman Littrell LLP
1900 Avenue of the Stars 19th Fl
Los Angeles, CA 90067-4410

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(u)Courtesy NEF

(u)Nano Banc

(d)Raymond Group, LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 54 |
| Bypassed recipients | 5 |
| Total | 59 |