FILED & ENTERED

JUL 22 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Raymond Group, LLC,<br><br>Debtor. | Case No.: 8:26-bk-10834-SC<br><br>CHAPTER 11<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT WITH R & K INTERESTS, INC. DBA INVESTORS' PROPERTY SERVICES**<br><br>[No hearing required] |

The Court has considered the *Motion Pursuant to 11 U.S.C. § 363(b) to Enter into Property Management Agreement with R & K Interests, Inc. dba Investors' Property Services as Property Management Company Effective June 1, 2026* [Dk. 74] ("Motion"), filed by Raymond Group, LLC ("Debtor"), the Notice of Motion [Dk. 75] ("Notice"), the declaration of nonopposition [Dk. 95], and the docket as a whole.

The Motion seeks authority for Debtor to enter into the property management agreement with R & K Interests, Inc. dba Investors' Property Services ("IPS") attached to the Motion as Exhibit 3 ("Agreement").

The Motion cannot be granted on the present filings. The proof of service of the Notice does not establish service on all creditors and other parties in interest entitled to notice, as required by LBR 6004-1(a) and LBR 9013-1(o)(1)(A)(iii). The Notice also does not disclose all material compensation terms in the Agreement, and the filings conflict as to the initial monthly minimum.

Accordingly, the Court orders as follows:

1. The Motion is DENIED WITHOUT PREJUDICE.
2. Any renewed request shall proceed in accordance with all applicable provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules and shall:
    a. provide proper notice and service; and
    b. identify all compensation for which authorization is sought and confirm the controlling compensation terms under the Agreement, including the initial monthly minimum.

**IT IS SO ORDERED.**

###

Date: July 22, 2026

Scott C. Clarkson
United States Bankruptcy Judge