**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Raymond Group, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

Raymond Group, LLC,

Debtor-in-Possession.

Case No.: 8:26-bk-10834-SC

Chapter: 11

**NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE**

**Hearing:**
Date: September 16, 2026
Time: 1:30 p.m.
Place: Courtroom 5C
411 West Fourth Street
Santa Ana, CA 92701

[Zoom hearing instructions available on the Court's calendar at www.cacb.uscourt.gov]

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE** that at the August 26, 2026, chapter 11 status conference, the Court continued the status conference to **September 16, 2026** at **1:30 p.m**. before Honorable Scott C. Clarkson

**PLEASE TAKE FURTHER NOTICE** that any parties wishing to appear may do so either in-person (in Courtroom 5C) or by ZoomGov video or ZoomGov audio. ZoomGov connection information for each hearing is provided on Judge Clarkson's publicly posted hearing calendar https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Dated: August 6, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Raymond Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUNED CHAPTER 11 STATUS CONFERENCE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 27, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) **August 27, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 27, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Michaela C Crocker** michaela.crocker@katten.com, courtalertlax@katten.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **William B Freeman** bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Golsa Honarfar** ghonarfar@rutan.com, dmircheff@rutan.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Arlen Moradi** arlen.moradi@katten.com, courtalertlax@katten.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL:**

Continuum Analytics
520 Newport Center Dr.
Suite 480
Newport Beach, CA 92660

Ioannis Xilikakis
520 Newport Center Dr.
Suite 480
Newport Beach, CA 92660

Secured Creditors

Bank of America, N.A.
701 B Street, 16th Floor
San Diego, CA 92101

Nano Banc
7755 Irvine Center Drive
3rd Floor
Irvine, CA 92618

20 Largest Unsecured Creditors

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705

Joses Nuevo Landscaping LLC
3857 Birch Street
Suite 209
Newport Beach, CA 92660

City of Fullerton
Payment Processing Center
Post Office Box 7190
Pasadena, CA 91109-7190

Republic Services
PO BOX 60586
City Of Industry, CA 91716-0586

General Agents Acceptance Corp
PO BOX 1177
Lake Forest, CA 92609

Joel Cabrera
631 North Bedford Street
Apt#1
La Habra, CA 90631

Splash Plumbing
1500 S Lewis St
Anaheim, CA 92805

Isidro Gonzalez
8079 Chapman Ave
#11
Stanton, CA 90680

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Fullerton Fire Department
Fire Prevention Division
312 East Commonwealth Ave
Fullerton, CA 92832

Sain Builders
147 Hart Bench Rd
Darby, MT 89829

Madrid Landscape and Backflow
11830 Azalea Avenue
Fountain Valley, CA 92708

Revenue Enhancement Group, Inc.
1045 West Katella Avenue
Suite 210
Orange, CA 92867

OC Keys
13681 Newport Ave
Ste 8 # 425
Tustin, CA 92780

Maritza Heredia
215 5th Street
Ste A
Huntington Beach, CA 92648

James Shayler
c/o Joseph R Manning
Manning Law, APC
26100 Towne Centre Dr
Foothill Ranch, CA 92610

Mae Gibson
c/o Heidi Lopez
Sasooness Law Group
21550 Oxnard St, Suite 990
Woodland Hills, CA 91367