**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Raymond Group, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT – SANTA ANA DIVISION**

In re:

RAYMOND GROUP, LLC, a California limited liability company,

Debtor-in-Possession.

Case No.: 8:26-bk-10834-SC

Chapter 11

**DEBTOR'S CHAPTER 11 STATUS REPORT**

**<u>Hearing Information</u>:**
Date: September 16, 2026
Time: 1:30 p.m.
Place: Courtroom 5C – Virtual
411 West Fourth Street
Santa Ana, CA 92701

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, AND CREDITORS ENTITLED TO NOTICE:**

Raymond Group LLC (the "**Debtor**") submits its chapter 11 status report in connection with the September 16, 2026, status conference.

## I. EVENTS LEADING TO THE FILING OF THE CASE

The Debtor owns and operates a strip mall in Fullerton, California, at 104-172 North Raymond Avenue (the "**Property**"). It intends to sell the Property and is filing an application to employ real estate brokers either concurrently with this Status Report and shortly thereafter, and the marketing will begin right away. The Property is fully leased and has 10 tenants,

including Planet Fitness, Grocery Outlet, and Polly's Pies. The Property is encumbered by two liens: a first priority lien in favor of Bank of America, which is owed approximately $17,329,603; and a second priority lien in favor of Nano Banc, which is owed approximately $4,532,415. In addition, the Property has defaulted property tax payments that will need to be made when the Property is sold, currently estimated at about $577,020. The brokers have conservatively estimated the range of value of the Property between $22.5 million and $25.5 million and they expect to have a stalking horse bid within approximately 8 weeks of listing the Property.

The Debtor and its lenders are negotiating the terms of a cash collateral stipulation, with the Debtor having circulated its proposed revisions on September 8, 2026. Pending Court approval of that stipulation, the Debtor has had consent of its lenders to pay expenses necessary to preserve and maintain the Property. The reasons for the delay in preparing accurate cash flow projections have been detailed in prior status reports. The Debtor is making the adequate protection payments required by 11 U.S.C. § 362(d)(3).

The Debtor is preparing its chapter 11 disclosure statement and plan and has requested an extension of the deadline to do so until October 16, 2026. The Debtor does not intend to seek any further extensions. The Debtor believes that it is likely that it will pay creditors in full, with a distribution to equity holders.

## II. STATUS OF COMPLIANCE WITH OBLIGATIONS OF THE OFFICE OF THE UNITED STATES TRUSTEE

The Debtor believes that it is in compliance with all of its duties under the Bankruptcy Code and all applicable guidelines of the Office of the United States Trustee.

Respectfully submitted,

Dated: September 9, 2026

RAINES FELDMAN LITTRELL LLP

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Raymond Group, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 9, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Michaela C Crocker** michaela.crocker@katten.com, courtalertlax@katten.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **William B Freeman** bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Golsa Honarfar** ghonarfar@rutan.com, dmircheff@rutan.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Arlen Moradi** arlen.moradi@katten.com, courtalertlax@katten.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

20 Largest Unsecured Creditors

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705

Joses Nuevo Landscaping LLC
3857 Birch Street
Suite 209
Newport Beach, CA 92660

City of Fullerton
Payment Processing Center
Post Office Box 7190
Pasadena, CA 91109-7190

Republic Services
PO BOX 60586
City Of Industry, CA 91716-0586

General Agents Acceptance Corp
PO BOX 1177
Lake Forest, CA 92609

Joel Cabrera
631 North Bedford Street
Apt#1
La Habra, CA 90631

Splash Plumbing
1500 S Lewis St
Anaheim, CA 92805

Isidro Gonzalez
8079 Chapman Ave
#11
Stanton, CA 90680

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Fullerton Fire Department
Fire Prevention Division
312 East Commonwealth Ave
Fullerton, CA 92832

Sain Builders
147 Hart Bench Rd
Darby, MT 89829

Madrid Landscape and Backflow
11830 Azalea Avenue
Fountain Valley, CA 92708

Revenue Enhancement Group, Inc.
1045 West Katella Avenue
Suite 210
Orange, CA 92867

OC Keys
13681 Newport Ave
Ste 8 # 425
Tustin, CA 92780

Maritza Heredia
215 5th Street
Ste A
Huntington Beach, CA 92648

James Shayler
c/o Joseph R Manning
Manning Law, APC
26100 Towne Centre Dr
Foothill Ranch, CA 92610

Mae Gibson
c/o Heidi Lopez
Sasooness Law Group
21550 Oxnard St, Suite 990
Woodland Hills, CA 91367