**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Raymond Group, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RAYMOND GROUP, LLC,<br><br>Debtor in Possession. | Case No. 8:26-bk-10834-SC<br><br>Chapter 11<br><br>**NOTICE OF DEBTOR'S APPLICATION TO EMPLOY KW COMMERCIAL – SWH REAL ESTATE GROUP AND JONES LANG LASALLE AMERICAS, INC., AS REAL ESTATE BROKERS AND SALES AGENTS PURSUANT TO 11 U.S.C. §§ 327(A) AND 328 AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1) and 9013-1(o)] |

**TO ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Raymond Group, LLC, the debtor and debtor-in-possession (the "**Debtor**"), has filed its Application to Employ KW Commercial – SWH Real Estate Group ("**KW**") and Jones Lang Lasalle Americas, Inc. ("**JLL**" and, together with KW, the "**Brokers**"), as its real estate brokers and sales agents (the "**Application**") pursuant to 11 U.S.C. §§ 327(a) and 328. A summary of the relief sought is as follows:

**<u>BACKGROUND</u>**

On March 18, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case. The Debtor is operating as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this case and no official committees have been appointed or designated. This case constitutes

a single asset real estate case. Postpetition, Howard Grobstein was appointed as the manager of the Debtor.

The Debtor owns and operates a strip mall in Fullerton, California, at 104-172 North Raymond Avenue, Fullerton CA (the "**Property**"). The Property is fully leased and has 10 tenants, including Planet Fitness, Grocery Outlet, and Polly's Pies. Postpetition, the Debtor retained a new property manager, Investors' Property Services. Based on updated information obtained from the new property manager, the Brokers have conservatively estimated the range of value of the Property at between $22.5 million and $25.5 million. Their proposal, with their opinion of the range of value, is attached to the Application as **Exhibit 1**. The Brokers believe that it is realistic to have a stalking horse bid within a couple of months of listing and marketing the Property.

The Property is encumbered by two liens: a first priority lien in favor of Bank of America, which is owed approximately $17,329,603; and a second priority lien in favor of Nano Banc, which is owed approximately $4,532,415. In addition, the Property has defaulted property tax payments that will need to be made when the Property is sold, currently estimated at about $577,020.

The Debtor is making the adequate protection payments required by 11 U.S.C. § 362(d)(3). It has the consent of the secured creditors to pay critical operating expenses and the parties are in the process of preparing a stipulation to formalize the use of cash collateral.

## PROPOSED EMPLOYMENT AND THE BROKERS' QUALIFICATION

### A. Proposed Terms of Employment

The terms of the Brokers' engagement are set forth the Exclusive Real Estate Sale Listing Agreement (the "**Listing Agreement**") that is attached to the Application as **Exhibit 2**. The Brokers will have the exclusive right to sell the Property for a period of six months, subject to extension by written agreement. Any commission payable under this Agreement shall be due and payable only upon the closing of a sale of the Property. The Brokers will receive a listing-side commission of two and one-half percent (2.5%) of the final gross sale price, paid through escrow at closing. The commission will be payable in the event of a credit bid. The commission payable to the Brokers will be split equally on a 70/30 basis, with JLL receiving seventy percent (70%) and KW receiving thirty percent (30%). In addition, the Brokers will receive an expense reimbursement of up to $50,000.00 for reasonable and documented expenses in connection with the marketing and sale of the Property. The expenses will not exceed $50,000.00 absent approval by the Sellers. If the Property is not sold or if the Brokers are replaced, the Brokers will be entitled to reimbursement for the expenses incurred. The terms and conditions of the Listing Agreement were negotiated by the Debtor and the Brokers at arm's length and in good faith, and the Debtor believes that the compensation to the Brokers in the present case appropriately reflects the nature and scope of the services to be provided by Brokers and is reasonable and consistent with the terms available in the marketplace.

The Debtor recognizes that in the ordinary course of their business, the Brokers do not record the time spent by their professionals on specific tasks or projects, and the compensation provided under the Listing Agreement is not tied to the total time spent by the Brokers' professionals providing services to the Debtor. Consequently, the Debtor requests that the Brokers be excused from any obligation to maintain or file time records in this case and the obligation to file a fee application to obtain payment, with the understanding that the transaction on which the Brokers' commission will be based remains subject to approval by the Bankruptcy Court. Notwithstanding the foregoing, while this Bankruptcy Case remains

open, the Brokers shall preserve any records they prepare in the ordinary course of business that reflect the services rendered to or for the benefit of the Debtor.

**B. <u>The Brokers' Qualifications</u>**

The Debtor seeks to retain two broker teams who will work together. The team for KW Commercial SWH Group has a significant depth of experience with sales in the bankruptcy context, which differ from traditional sales because of the limited representations and warranties that can be given, the overbid and auction process, and the need for Court approval of a sale. They will handle the insolvency-related aspects of the sale transaction, and JLL will utilize its expertise in retail properties. The Sellers also benefit because each of the Broker teams has their own databases, so the Property will be widely exposed to the market.

**1. <u>SWH Real Estate Group, Agent for KW Commercial</u>**

David Weinberger is a California-licensed real estate broker who serves as President and Partner of SWH Fiduciary Real Estate Group ("**SWH**"), a specialized brokerage that exclusively represents fiduciaries in matters involving real property. For more than three decades, SWH has earned a reputation as the authority in court-supervised and fiduciary real estate transactions, representing court-appointed fiduciaries in receiverships, partition actions, insolvency cases, probate, trust, and divorce matters. His colleague, Megan Husri, is a California-licensed real estate broker who serves as Executive Vice President of SWH. Their biographies are attached to the report that is attached to the Application as **<u>Exhibit 1</u>**.

**2. <u>JONES LANG LASALLE AMERICAS, INC.</u>**

Daniel Tyner is a Managing Director in the Orange County office of JLL. He focuses on retail investment advisory transactions in the western United States. Mr. Tyner joined HFF in 2017 and was a part of the merger with JLL in 2019. Mr. Tyner specializes in advising clients in the disposition of shopping centers and has been involved in 200+ transactions totaling over $2.5B in transaction volume since 2015.

Gleb Lvovich is a managing director in the Orange County office of JLL Capital Markets, Americas. He has more than 14 years of experience in commercial real estate. He focuses primarily on retail investment advisory transactions throughout the western United States and has been instrumental in the disposition of more than $5 billion in transactions throughout his career. Gleb started at HFF in August 2015. Before that, he worked as director of CBRE's National Retail Investment Group West Coast team. The group consisted of 10 teams of senior real estate professionals and accounted for the majority of CBRE's retail investment sales revenue.

Geoff Tranchina is a retail investment sales lead based in the Los Angeles office of JLL Capital Markets, Americas. He is focused on institutional investment sales, JV equity and complex structured transactions in the Western part of the United States. With over 16 years of experience, Geoff has completed 150+ transactions valued in excess of $3 billion. Before joining JLL, Geoff led the capital markets practice at Wilson Retail Group prior to its acquisition by JLL in 2015. Prior to that, Geoff served as vice president for Sperry Van Ness in Los Angeles, specializing in the sale of retail properties and land development in Southern California. Geoff left SVN in 2008 as a top ten agent in the company.

The biographies of the JLL team are included with the report attached to the Application as **<u>Exhibit 1</u>**.

In addition, JLL has extensive experience working efficiently with debtors in possession and their other retained professionals. JLL professionals have been retained as real

estate brokers or advisors in numerous matters, including, among others: *In re SilverRock Development Company, LLC,* Case No. 24-11647 (Bankr. S.D.N.Y.) [Docket No. 312]; *In re the College of Saint Rose*, Case No. 24-11131 (Bankr. N.D. N.Y.) [Docket No. 98]; *In re Stanadyne LLC et al.*, Case No. 23-10207 (TMH) (Bankr. D. Del.) [Docket No. 439]; *In re Lighthouse Resources, Inc. et al.*, Case No. 20-13056 (JTD) [Docket No. 155], *In re Pier 1 Imports, Inc., et al.,* Case No. 20-30805 (KRH) (Bankr. E.D. Va.) [Docket No. 899]; *In re Celadon Grp., Inc., et al.*, Case No. 19-12606 (KBO) (Bankr. D. Del.) [Docket No. 706]; *In re Sears Holdings Co., et al.*, Case No. No. 18-23528 (RDD) (Bankr. S.D.N.Y.) [Docket No. 1390]; and *In re SFX Entm't, Inc.*, Case No. No. 16-10238 (MFW) (Bankr. D. Del.) [Docket No. 647].

JLL's depth of experience in property management, marketing, and brokerage services makes JLL well qualified to deal effectively with the issues that may arise in the context of this Bankruptcy Case.

## II. <u>THE BROKERS ARE DISINTERESTED AND DO NOT HOLD OR REPRESENT ANY INTEREST ADVERSE TO THE ESTATE</u>

"Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." 11 U.S.C. § 327(a). Except as provided herein or in the Statements of Disinterestedness filed concurrently herewith, to the best of the Brokers' knowledge:

a. Neither the Brokers nor their employees have any connection with the Debtor, the principals of the Debtor, insiders, creditors, any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee.
b. The Brokers are not creditors, an equity security holder, or an insider of the Debtor.
c. The Brokers are not and were not an investment banker for any outstanding security of the Debtor.
d. The Brokers have not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of any security of any of the Debtor.
e. The Brokers are not and were not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.
f. The Brokers do not represent an individual or entity which holds an interest adverse to the Debtor.
g. None of the Brokers' employees are related to the bankruptcy judge in this case.

Because JLL is a full-service real estate services firm and a financial intermediary, it is possible that professionals from the Brokers other than the listing team from the Brokers that are providing professional services to the Debtor (the "**Listing Team**") may represent one or more prospective parties to a sale transaction. To market the Property properly and maximize the Debtor's recoveries on behalf of the bankruptcy estate, the Brokers cannot exclude those prospective parties from this process. To that end, as set forth in Section 10 of the Listing Agreement, the Debtor has acknowledged and consented to the potential dual representation of a prospective party to a transaction involving the Property by professionals outside of the Listing Team. Notwithstanding the foregoing, no member of the Listing Agreement will have any involvement with any other party in interest or potential party in interest in this case.

**FOR FURTHER INFORMATION**, please see the Application, which is available from the Court or by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Application and request for a hearing must be filed with the Court and served on counsel for the Debtor and on the Office of the United States Trustee within 14 days of service of this Notice if you received it electronically, with 3 additional days added if you were served by mail. Failure to timely object and request a hearing may be deemed by the Court to be consent to the granting of the relief sought in the Application.

Dated: September 11, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Raymond Group, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DEBTOR'S APPLICATION TO EMPLOY KW COMMERCIAL – SWH REAL ESTATE GROUP AND JONES LANG LASALLE AMERICAS, INC., AS REAL ESTATE BROKERS AND SALES AGENTS PURSUANT TO 11 U.S.C. §§ 327(A) AND 328 AND OPPORTUNITY TO OBJECT AND REQUEST A HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 11, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 11, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 11, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 11, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Michaela C Crocker** michaela.crocker@katten.com, courtalertlax@katten.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **William B Freeman** bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Golsa Honarfar** ghonarfar@rutan.com, dmircheff@rutan.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **Arlen Moradi** arlen.moradi@katten.com, courtalertlax@katten.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

2. <u>SERVED BY UNITED STATES MAIL</u>:

<u>20 Largest Unsecured Creditors</u>

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705

Joses Nuevo Landscaping LLC
3857 Birch Street
Suite 209
Newport Beach, CA 92660

City of Fullerton
Payment Processing Center
Post Office Box 7190
Pasadena, CA 91109-7190

Republic Services
PO BOX 60586
City Of Industry, CA 91716-0586

General Agents Acceptance Corp
PO BOX 1177
Lake Forest, CA 92609

Joel Cabrera
631 North Bedford Street
Apt#1
La Habra, CA 90631

Splash Plumbing
1500 S Lewis St
Anaheim, CA 92805

Isidro Gonzalez
8079 Chapman Ave
#11
Stanton, CA 90680

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Fullerton Fire Department
Fire Prevention Division
312 East Commonwealth Ave
Fullerton, CA 92832

Sain Builders
147 Hart Bench Rd
Darby, MT 89829

Madrid Landscape and Backflow
11830 Azalea Avenue
Fountain Valley, CA 92708

Revenue Enhancement Group, Inc.
1045 West Katella Avenue
Suite 210
Orange, CA 92867

OC Keys
13681 Newport Ave
Ste 8 # 425
Tustin, CA 92780

Maritza Heredia
215 5th Street
Ste A
Huntington Beach, CA 92648

James Shayler
c/o Joseph R Manning
Manning Law, APC
26100 Towne Centre Dr
Foothill Ranch, CA 92610

Mae Gibson
c/o Heidi Lopez
Sasooness Law Group
21550 Oxnard St, Suite 990
Woodland Hills, CA 91367