**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 6033468)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-Possession
Ramanujan Group LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Ramanujan Group LLC<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-10832-SC<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE**<br><br>**<u>Hearing</u>:**<br>Date: September 16, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701<br><br>[Zoom hearing instructions available on the Court's calendar at www.cacb.uscourt.gov] |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE** that at the August 26, 2026, chapter 11 status conference, the Court continued the status conference to **September 16, 2026** at **1:30 p.m**. before Honorable Scott C. Clarkson

**PLEASE TAKE FURTHER NOTICE** that any parties wishing to appear may do so either in-person (in Courtroom 5C) or by ZoomGov video or ZoomGov audio. ZoomGov connection information for each hearing is provided on Judge Clarkson's publicly posted hearing calendar https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Dated: August 27, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Counsel for Ramanujan Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUNED CHAPTER 11 STATUS CONFERENCE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 27, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 27, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 27, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| August 27, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Jacob M Barlev** jbarlev@bowlesverna.com, khelms@bowlesverna.com
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Andrew Michael Cummings** andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;sandy.olalde@hklaw.com
- **Dora Duru** dora.duru@bclplaw.com, verlisa.lewis@bclplaw.com,dora-duru-0321@ecf.pacerpro.com
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Kenneth Misken** Kenneth.M.Misken@usdoj.gov
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **David James Root** david.root@bclplaw.com, verlisa.lewis@bclplaw.com
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Martin W Taylor** marty.taylor@bclplaw.com, shawn.williams@bclplaw.com,marty-taylor-5681@ecf.pacerpro.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL:**

| | | |
|---|---|---|
| Secured Creditors | Arrow Sign Company<br>1051 46th Avenue<br>Oakland, CA 94601 | Nano Banc<br>7755 Irvine Center Drive, 3rd Floor<br>Irvine, CA 92618 |
| Preferred Bank<br>601 S. Figueroa Street, 47th Floor<br>Los Angeles, CA 90017 | Arrow Sign Company<br>McKenna Brink Signorotti LLP<br>Attn: Tanner D. Brink<br>1350 Treat Blvd., Suite 105<br>Walnut Creek, CA 94597 | |
| 20 Largest Unsecured Creditors | Jones Lang LaSalle Brokerage, Inc.<br>c/o Gaba Law<br>Attn: Rodolfo Gaba, Jr.<br>8583 Irvine Center, Drive #500<br>Irvine, CA 92618 | Blackhawk Commercial Owner Assoc.<br>c/o Vierergruppe Management, Inc.<br>1932 E Deere Avenue, Suite 150<br>Santa Ana, CA 92705 |

Vierergruppe Management, Inc.
1932 East Deere Avenue, Suite 150
Santa Ana, CA 92705

Pacific Gas and Electric Company
PO Box 997300
Sacramento, CA 95899-7300

East Bay Municipal Utility District
PO Box 51191
Los Angeles, CA 90051-5491

Allied Universal
161 Washington Street, Suite 600
Conshohocken, PA 19428

BP Environmental Services, LLC
100 Highpoint Drive, Suite 101
Chalfont, PA 18914

Tripple Threat Plumbing LLC
2455 Naglee Road, #187
Tracy, CA 95304

Pond M Solutions
1250 I Newell Avenue, #169
Walnut Creek, CA 94596

Synergis Waste Management Services, Inc.
21 Truesdale Lake Drive South
Salem, NY 10590

Preferred Bank
601 S Figueroa St, 47th Floor
Los Angeles, CA 90017

Intec Solutions Inc
5662 La Ribera Street, Suite A
Livermore, CA 94550

Makai Capital
dba Pacific Signaling System
2301 Armstrong Street, #113
Livermore, CA 94551

Diablo Screen & Glass
1065-F Shary Circle
Concord, CA 94518

KONE
P.O. Box 102425
Pasadena, CA 91189-2425

Alanzo's Landscaping
4318 Thornhiil Ct
Pittsburg, CA 94565

AA Fire Systems, Inc.
4010 Foothills Blvd., Suite 103-65
Roseville, CA 95747

Reco Roofing Inc
812 W Clover Rd, Spc 59
Tracy, CA 95376

Grease Trap Cleaners, LLC
673 Royston Lane
Hayward, CA 94544

K and C Environmental
22447 Charlene Way
Castro Valley, CA 94546